UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL BOYD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-17612** |
| **JASON KENT, WARDEN** | **SECTION: "E"(1)** |

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Michael Boyd is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 26th day of June, 2017.

_____
**UNITED STATES DISTRICT JUDGE**